Henry Boomgarden, as administrator of the estate of Augusta Boomgarden, deceased, appellant, v. Chicago and Eastern Illinois Railway Company, appellee. Gen. No. 8,843.

Opinion filed

February 14, 1935.

Kay & Nelson, for appellant; J. N. Moore, of counsel. Free P. Morris and Roscoe C. South, for appellee; K. L. Richmond, of counsel.

Mr. Justice Dove delivered the opinion of the court.

Laura Gottsche, appellee, v. Carl J. Lager, appellant. Gen. No. 8,852.

Opinion filed February 14, 1935.

Bartlett S. Gray, for appellant. Joseph L. Shaw and Geo. W. Wood, for appellee.

Mr. Justice Dove delivered the opinion of the court.

William A. Atkinson, appellee, v. Julia P. Warren, appellant. Gen. No. 8,858.

Opinion filed February 14, 1935.

C. H. Linscott, for appellant. Welsh & Welsh, for appellee.

Mr. Justice Dove delivered the opinion of the court.

A. Pusatere, appellant, v. H. D. Darnell, appellee. Gen. No. 8,848.

Opinon filed March 22, 1935.

Charles E. Lauder and Frederick H. Lauder, for appellant. L. H. Hanna, for appellee.

Mr. Justice Dove delivered the opinion of the court.